# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SUZANNE DENISE CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00940 |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 16) recommending that this action be dismissed without prejudice based on Plaintiff Suzanne Denise Clark's failure to prosecute under Federal Rule of Civil Procedure 41(b). Because no objections have been filed, the district court is not required to review the R&R *de novo*. Thomas v. Arn, 474 U.S. 140, 151 (1985).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**, and this action is **DISMISSSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE